# Court of Appeals
# of the State of Georgia

ATLANTA,  May 08, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0424.  EUGENE FRENCH v. THE STATE.**

Eugene French was convicted of two counts of aggravated child molestation. We affirmed his convictions on appeal.  See *French v. State*, 288 Ga. App. 775 (655 SE2d 224) (2007).  In March 2018, French filed a motion to set aside an illegal judgment, arguing that the trial court lacked subject matter jurisdiction to hear the case. The trial court denied the motion, and French now seeks appellate review.  We, however, lack jurisdiction.

As the Supreme Court has explained, a post-conviction motion to vacate an allegedly void conviction is not an appropriate remedy in a criminal case. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).[1] Any appeal from an order denying or dismissing such a motion must be dismissed.  See *Roberts*, 286 Ga. at 532; *Harper*, 286 Ga. at 218 (2). Because French's motion to set aside is not a valid remedy, this application from the trial court's denial of that motion is hereby DISMISSED.

---

[1] The Court has also explained that a criminal defendant seeking to challenge a conviction after it has been affirmed on direct appeal may "file an extraordinary motion for new trial, OCGA § 5-5-41, a motion in arrest of judgment, OCGA § 17-9- 61, or a petition for habeas corpus, OCGA § 9-14-40." *Harper*, supra at 217 (1).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/08/2018*

     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*